

E-FILED
Wednesday, 08 July, 2025 10:06:13 AM
Clerk, U.S. District Court, ILCD

FILED

JUL - 8 2025

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## VERDICT FORM

On Plaintiff Logan Dyjak's claim of failure to protect against Defendant Jo-An Lynn, we find in favor of:

_____          *DEFENDANT Jo-An Lynn*

　　Plaintiff Logan Dyjak　　or　　Defendant Jo-An Lynn

On Plaintiff Logan Dyjak's claim of failure to protect against Defendant Stacey Horstman, we find in favor of:

_____          *DEFENDANT STACEY Horstman*

　　Plaintiff Logan Dyjak　　or　　Defendant Stacey Horstman

On Plaintiff Logan Dyjak's claim of failure to protect against Defendant Harvey Daniels, we find in favor of:

_____          *DEFENDANT Harvey Daniels*

　　Plaintiff Logan Dyjak　or　　Defendant Harvey Daniels

***Note:  Complete the following paragraphs on damages only if one or more of the above findings is in favor of Plaintiff. If you do not find in favor of the Plaintiff on these counts, skip to the end of the form and date and sign it.***

We assess compensatory damages in the following amount:

$_____

*(stating the amount, or if you find that Plaintiff's damages have no money value, set forth a nominal amount, such as $1.00)*

*Note: You may not award punitive damages against a Defendant unless you have first found against that particular Defendant. State the amount, or, if none, write the word "none."*

We assess punitive damages, if any, in the following amount:

$_____ against Jo-An Lynn

$_____ against Stacey Horstman

$_____ against Harvey Daniels



**We, the jury, having reached a unanimous agreement on Plaintiff's claims, sign below:**

Foreperson s/ Redacted

s/ Redacted

s/ Redacted

s/ Redacted

s/ Redacted

s/ Redacted

s/ Redacted

Date: 7/8/2025

25